# 12 CV 9010

## UNITED STATES DISRICT COURT

## SOUTHERN DISTRICT OF NEW YORK



U.S. DISTRICT COURT
FILED
DEC 1 0 2012
D.S.
S.D. OF N.Y.

| | | |
|---|---|---|
| Plaintiff, | : | Complaint (Pro-se) |
| Philip Ralph Belpasso | : | |
| | : | Index No. |
| -against- | : | |
| | : | |
| Defendants, | : | |
| | : | "Jury Trial |
| NEW YORK CITY PARKS, POLICE  et al | : | |
| Captain Cruz, Commander of Battery Park | : | |
| Officer T. PORPOSELLO 160282 846 | : | |
| Officer D. Dorsault 160421 | : | |
| Sgt. Charlemage | : | |
| Officer  J. Iener (sic) 160431 | : | |
| Officer  D. Flaherty  ID: 160954 | : | |
| NYC Battery Park   command et. al | : | |
| NYC Environmental Control Board (ECB) | : | |

RECEIVED
DEC 1 0 2012
PRO SE OFFICE

## PARTIES

Plaintiff: Philip Ralph Belpasso, 40-09 Kuiken Terrace, Fair Lawn, New

Jersey 07410, who was a responder to the 911 Tragedy which is related to the

location mentioned in this action which is the Battery Park "Sphere " which is the

artifact from the 911 tragedy which includes an eternal flame which is four blocks

from the 911 Memorial Site, Notably Plaintiff had been at the "Sphere" since the

closing of the temporary Church Street Memorial about 2007. Plaintiff was advised in

2009 by the WTC health-monitoring program not to expose himself to the

construction dust during the building of the permanent 911 Memorial so Plaintiff

moved to the Sphere in Battery Park. This site was the epicenter of the recent Super

Storm Sandy' and the Plaintiff put himself in harms way to responding as part of the Civil Defense's Disaster Control was at Battery Park area immediately after the storm for search and rescue and clean up.   (EXHIBIT-A- Newsday Article 2003 and World Trade Center Health Plan WTCHP enrollment letter)

<u>Defendants</u>

1.  New York City Park Police (NYPP) who served upon  Plaintiff NEW YORK STATE CRIMINAL COURT SUMMONSES.

2.  New York City Environmental Control Board (ECB) whose Board acted in a unjust manner in the prosecution of the  NOTICES OF VIOLATION AND PENALTIES .

3.  The City of New York is liable to Plaintiff for the actions of  (NYPP) and (ECCB) and the above captioned agents servants and employees, UNDER THE DOCTINE OF RESPONDENT SUPERIOR, with its Law Office at 100 Church St. NY, NY.

<u>COUNTS</u>

1.      Violation of First Amendment regarding Freedom of Speech.

2.      Validated the 14 Amendment by not giving equal protection under the law. Whereas the  (ECB) premeditatedly didn't not follow procedure in the hearing or judging of Plaintiff's appeal.

3.      Malicious Prosecution, Abuse of Process,

Belpasso –v- New York City,    Complaint                    page    3

4.    False arrest, entering false information as written testimony on court documents there by committing: Perjury, Conspiracy and Fraud also by their not complying to Court rules.

5.    Threatening and committing physical brutality on Plaintiff

6.    Excessive Force

<u>REASON FOR THIS ACTION</u>

The Defendant (ECB) is now demanding payment of $250.00 in fines from Plaintiff and threatening collective action of said fine. This action of demanding fines by the Defendants is willfully and with the intent to maliciously inflicted emotional distress upon the plaintiff so as to continually violate his right to free speech.  And furthermore is a  failure to maintain review and enforce adequate procedures for the protection of the public trust and it also constitutes the defendants engaging in an act of civil disobedience. (Exhibits B billing letter, C claims filed by Plaintiff, D Comptroller letter suggesting court action.)

<u>Criminal Court Summons</u>

After continual harassment of Plaintiff with ECB notices the Battery Park Police on Oct. 21,2011 decided to put Plaintiff through the system and wrote and served two Criminal Court Summons on him. The  Court Date and mandatory appearance was for January 10, 2012. Notably present and appearing to be ordering of these summonses was Captain Cruz of the NYC Battery Park Police:

Summons no. 409143728-0 date10/21/11
violation UNLAWFUL VENDING

Belpasso –v- New York City,    Complaint                    page    4

New York Park Police Officer J. Iener (sic) 160431 Criminal Court date
January 10, 2012 at Criminal court, 365 Broadway (Exhibit G)

Summons no.409143727-0 10/21/11
violation FAIL TO COMPLIANCE
New York Park Police Officer J. Iener (sic) 160431 Criminal Court date
January 10, 2012 at Criminal court, 365 Broadway (Exhibit H)

1. On 01/05/2012 summons no. 409143728-0 which was given a docket

   Number by the New York Criminal Court of 2012SN001563 was adjudicated

   by Honorable Judge BURKE, J SAP-D and judged LEGALLY

   INSUFFICIENT and was dismissed pursuant to Section 160.50 CPL

2. The other summons no.409143727-0 was never sent in to the court

   by the Park Police and was therefore deemed as a failure to file a

   legally acceptable accusatory instrument with this court. ((Exhibit H)

These two dismissals of Criminal Court accusations were serious because the

accusations, which are given on a Criminal Court Summons, must have probable

cause in order to prevent a lawsuit for false arrest or false accusation. Because there is

a mandatory appearance required and because of this probable cause to Officer can

handcuff and place the perpetrator in lockup until arraignment, which can be three

days of incarceration. These two failed Criminal Court Accusations will set in motion

the ECB's attempt to latter cover up the lack of any  probable cause for their

continued harassment of Plaintiff's civil rights.

Two  NYPP Notices of Violations

On12/12/2011 Plaintiff was in the area of the Sphere when he was served two Notices of Violation by Park Police one for vending and another for non-compliance, Plaintiff appeared at the initial hearing date of 1/25/2012 of these violations. Plaintiff brought with him the 1/05/2012 Criminal Court's Honorable Judge BURKE.J dismissal of an identical charge and also the dismissal of the also identical charge by the Criminal Court for lack of an  "accusatory instrument". Plaintiff brought and showed and discussed the Criminal Court dismissals at this initial hearing, to William Morley, Administrative Law Judge as proof of the lack of credibility of the identical charges being heard then. However William Morley decided on the next day 1/26/12 that Plaintiff was guilty and ordered him to pay a fine of $500.00 fines. However Plaintiff appealed the guilty decision. (Exhibits M )

### ECB Appeal of 1/26/2012 Guilty Decision

The ECB docketed no.071912DS/898 which was chaired by Suzanne Beddoe. on 7/26/2012 heard the appeal of the of the 1/26/2012 guilty decision of the lower hearing Judge William Morley on Sub. Section  (3). The is fact that the Plaintiff had a hearing for the charge that was written on the NOV which most definitely was only for *56 RCNY 1-05(b)(3) which is only for a* (Expressive Material Vendor)

> ### Title 56 §1-05  Regulated Uses
> (b)      *Unlawful vending*
> Subsection  (3) Expressive matter vendors may not vend in the following general areas unless they vend at the specifically designated spots for such vending on the accompanying maps and in compliance Department and New York City Department of Health and Mental Hygiene permits.

Therefore the Board's determination that the lower hearing was for the

Plaintiff being an (Expressive Material Vendor) and the Board found that he was not

in violation of the (3) subsection. And Then  the Board amended the change into the

(1) subsection  which  was an entirely different category involving  "Service" which

was not a charge written on the initial NOV or mentioned and argued in the lower

hearing. Therefore the accused never go his day in court on the new amended charge.

The Board's determination

"On these fact, the Board finds that Respondent is not an EMV
(Expressive Material Vendor)...

The Board notes in this regard that vending includes
"provide{ing} offer{ing} to provide services on items in exchange for
a donation. *"See 56 RCNY 1-05(b)(1)"*

**Title 56 §1-05  Regulated Uses**
      *Unlawful vending*
Subsection (1) No person in or on any property under the
jurisdiction of the Department shall sell, offer for sale, hire,
lease or let anything whatsoever, or provide or offer to provide
services or items in exchange for a donation (hereinafter
"vend"),

And as the Plaintiff would have argued that:

1.      That the position that the word "service" incorporates in it the

playing of a musical instrument is not wrong as if it were so then

in that notion would have to be clearly stated in "Title 1-02 Park

Definitions, under the word "service" however the word

"service" or any the like is not listed in Park Definitions.

2.      The position that the asking for donations (which Plaintiff  never

admitted to) is protected free speech and notable the words

donations, panhandling or begging or even soliciting are all
absent  from the list of Park Definitions.

3.      The Boards substitution of the word exchange for word donation
is merit less as the word exchange dose not appear in the Park
Definitions.

4.       The action of having an open case and any relevance to a
soliciting allegation is also not part of the Park Definitions.

It is evident by the ECB Appeal Board's record that an injustice was done
when the Board considered all the above new material that was not argued in the
initial hearing. And by the fact in subsection (1) there is no mention of  musical
instruments on the list of actions which constitute a "Vending" violation makes the
Board's decision wrong. And their attempts at trying to use the word "service" which
has no definition to include musical instruments is wrong.  So therefore their new
allegation of a "Vendor" violation under Sub. Section (1) is wrong. (see:  Rules City
of New York, Title 56 §1-05  Regulated Uses)

Notably what the Board has tried to do by its changing donations for
"exchange" and their substitution of the word "offering a service" for  the playing of a
musical instrument is not just "out of order" is a contemptuous scheme to negate the
United States Constitution and the U.S. Supreme Court which has for good reason
classified musical instruments both of which are  protected free. And these wrongful
acts  of amending and changing of wording being done by the ECB Appeals Board

after the low hearing's appearance date when Plaintiff would have had his chance to

argue there merit  mandates that the Plaintiff  to protect himself from the scandal and

slanderous demanding of the ECB for penalties due file for relief. (see:  Rules City of

New York, Title 56-§1-02  Definitions)

In essence the Board found that the initial writing of the NOV was not

appropriate to Plaintiff actions and thus the finding of the Plaintiff being guilty by the

lower hearing examiner was therefore wrongful. However the Board has now attempt

to amend the NOV to create an acceptable accusatory instrument so as to have

justified the serious matter of giving Plaintiff two Criminal Court Summonses, which

were immediately rejected, for the charges no having an "accusatory instrument" by

the Criminal Court of the State of New York.

Further proof to support this lack of probable cause by the NYPP is that there

is a section (d) (1) in Title 56, which deals with musical instruments playing. And it

states:

> *(d) Noise; musical instruments; sound reproduction devices.* (1) No person
> shall make, or cause or allow to be made, unreasonable noise in any park
> so as to cause public inconvenience, annoyance or harm.

Therefore the Board was wrong when they tried to assert that musical

instrument playing was a service as they are categorized in their own realm. And this

can only mean the Board's decision as well as the lower hearing examiner were trying

to find an innocent man guilty in order to cover-up the two criminal Court

Summonses which were premeditated false accusation for the purpose of the

harassment of Free Speech, which is a Federal Violation by the NYPP and the ECB.

Belpasso –v- New York City,   Complaint                         page   9

They have no right to redefine the law as far as having an open stationary case in front of Plaintiff it was so he can put his instrument in it in a moments notice and leave. The fact that it was stationary also means the people if any that were donating would approach the Plaintiff and if they gave anything it was not by request of Plaintiff or any way an exchange for his playing the flute!

<u>September 10, 2011 Battery Park  at the  "WTC Sphere"</u>

These action that violated Plaintiff right to free speech started on September 10, 2011 one day before the tenth anniversary of the WTC Tragedy Plaintiff was at the location of the Sphere in Battery Park playing his flute "Amazing Grace" when NYPP stop him from playing and served him with an Environmental Control Board (ECB) NOTICE OF VIOLATION AND PENALTIES, and then ordered him to leave. (Exhibit E)

<u>Accusation stated that:</u>

On  9/10/11

56 RCNY 1-05 (b) Unauthorized vending

At             Battery Park

At TPO I did observe respondent

vending expressive matter in a non designated

area and not in the designated spot as

Defined by NY RCNY 1-05 (b) (3) the respondent

took longer then necessary to conduct transaction

Plaintiff appeared on Oct. 25, 2011 a Newsday 2003 article that showed that

Plaintiff was not a vendor in the past. The Hearing officer Ronald J. Bloomfield

NYC11511 0716 dismissed the charge. See (Exhibit I, DECISION AND ORDER)


<u>Another (ECB) NOTICES of October 15, 2011</u>

The Battery Park Police served another (ECB) NOTICE on Plaintiff on

October 15, 2011 and it states: (Exhibit F)

<u>DETAILS OF VIOLATION</u>

Section/rule 56RCNY 105 (b) unauthorized vending

At Battery Park/Battery Placed

A/T/PO myself and Sgt. Chntemogne did

observe respondent vending expressive mater in a unauth-

orized area and not at a designated spot as defined by NYC parks R+

spct 105 (b)(3)(iii)  this vender occupied

this location bigger then necessity to conduct transition as or

mobile vender as described  NYC Park R+R


Plaintiff appeared at 66 John Street at the Environmental Control Board

(ECB) on Oct. 28, 2011 to request the appearance of both Office  D. Dorsault and

Sgt. Chntemogne, who are the Officers who gave him this second (ECB) NOTICE

OF VIOLATION which was for the same charge as the first (ECB) NOTICE OF

VIOLATION of Sept. 10, 2011 "Unauthorized Vending 56RCNY 105 (b)". (Exhibit

J, ECB NOTICE OF APPEARANCE)

Belpasso –v- New York City,    Complaint                         page   11

On November 9, 2011 there was a hearing on second Park October 15, 2011
NOTICE OF VIOLATION no.0177310980 and it was dismissed by administrative
Law Joseph Flynn. (Exhibit K hearing record)


### DAMAGES

The Plaintiff has suffered psychological trauma from the personal insults,
illegal and unnecessary criminal court summonses he has received (all of which were
ultimately dismissed) and memories of personal physical trauma, danger and physical
threats that he has encountered.  He has often been afraid to return to the Battery Park
area; his sleep has been disturbed; he has considerable anxiety and depression from
these experiences.

These statistics, of courses, cannot convey the emotional or psychological
effect that an unlawful summons, arrest, prosecution or bench warrant may have on
an individual,. Plaintiff's counsel offers anecdotal accounts of people feeling
constrained to stay in their homes because they are afraid, understandably, of being
arrested on bench warrants that relate solely to charges brought under section
240.35(1) Justice Scheindlin. Therefore Plaintiff is asking for:

1.    Compensatory and punitive damages, which are justified under law.

2.    Emotional injuries

3.    Psychological trauma

4.    Cost of Court action

5.    Any other relief the court wishes to grant

Belpasso –v- New York City,    Complaint                                  page   12

Plaintiff is asking that the regulation be amended to conform to the United

States Constitution and for a judgment of 480,000 dollars for these listed person

damages.


Dated:  _Dec. 11,2012_____

Philip Ralph Belpasso, Po se


40-09 Kuiken Terrace

Fail Lawn, New Jersey  07410

201-794-0395

| | | |
|---|---|---|
| Plaintiff, | : | Complaint (Pro-se) |
| Philip Ralph Belpasso | : | |
| | : | |
| -against- | : | |
| | : | |
| Defendants, | : | |
| | : | "Jury Trial |
| NEW YORK CITY PARKS, POLICE  et al | : | |

<u>Table of  Authority</u>

<u>Berry -v- City of New York et al</u>

Plaintiff: Joann Berry

Defendants: City of New York, Jane Doe, John Doe, P.O. Matos and P.O. Riley

Case Number: 1:2010cv03717

Filed: August 12, 2010   Court: New York Eastern District Court Office: Brooklyn

Office Presiding Judge: Kiyo A. Matsumoto Referring Judge: Lois Bloom

Nature of Suit: Civil Rights - Other Civil Rights Cause: 42:1983 Civil Rights Act

Belpasso –v- New York City,    RXHIBIT LIST                    page  i

Plaintiff,                                    Complaint (Pro-se)
    Philip Ralph Belpasso

       -against-

Defendants,

NEW YORK CITY PARKS, POLICE,  Et al    :              "Jury Trial

<u>EXIBIT LIST</u>

Exhibit-A, Newsday Article

Exhibit-A- WTC PH letter

Exhibit-B- Environmental Control Board (ECB) billing letter

Exhibit-C Claim filing with NYC Comptroller office

Exhibit-D- Letter form Comptroller's office

Exhibit-E- (ECB) Notice of Violation-1

Exhibit-F- (ECB) Notice of Violation-2

Exhibit-G-Summons 1 Criminal Court pt.1

Exhibit-G-Summons 1 Criminal Court dismissed by mail.

Exhibit-G-Summons 1 Criminal Court dismissed pt.2

Exhibit-G-Summons 1 Criminal Court pt.2

Exhibit-G-Summons 1 Criminal Court papers

Exhibit-H-Summons 2 Criminal Court dismissed

Exhibit-H-Summons 2 Criminal Court

Exhibit-I- Notice of Violation (ECB) dismissed

Belpasso –v- New York City,    RXHIBIT LIST                    page  i

Exhibit-J (ECB) Notice of Violation 5 slip Affidavit

Exhibit-J  (ECB) Notice of Violation 5 slip court

Exhibit-J  (ECB) Notice of Violation5 slip office

Exhibit-J (ECB) Notice of Violation PINK 5 slip

Exhibit-K (ECB) Notice of Violation 6 sphere

Exhibit-K  (ECB) Notice of Violation 6 sphere court

Exhibit-K  (ECB) Notice of Violation 6 sphere office

Exhibit-K  (ECB) Notice of Violation slip and sphere 5-6  judgment guilt

Exhibit-L 5-6  (ECB) appeal app stamped

Exhibit-L 5 & 6 slip & sphere judgment guilt

Exhibit-L sphere 7- sphere office

Exhibit-L sphere 7- ECB letter appearance

Exhibit-L sphere 7- sphere Affidavit

Exhibit-L sphere 7- sphere court

Exhibit-L sphere 7  (ECB) Notice of Violation

Exhibit-L sum 7 sphere Affidavit

Exhibit-L-(ECB) sphere 7 l Dismissed big

Exhibit--M-appeal Dismissed park pp (1)

Exhibit--M-appeal Dismissed park pp (2)

Exhibit-M-appeal Dismissed park pp (3)

Exhibit-M-appeal Dismissed park pp (4)

# Site and Sound

## WTC flutist adds grace notes to grief

**By Jeff Pearlman**
STAFF WRITER

Like the clouds of white dust that still sneak their way off the Ground Zero construction site, Phil Belpasso is both here, and not here. Or, to put it simply, he is invisible. That's the way it is for many of New York's street musicians, especially those with soil-coated Eddie Bauer jackets and fingertips the color of soot. Belpasso is seen, yet ignored. Few look up to catch his face. Nobody stops to say "Hi" or "Hang in there." It is — sadly — easier this way. Easier on the eyes and easier on the conscience.

And yet, Belpasso looms, and even the blind can sense it. It starts with a singular note; a warm toot from the silver Gemeinhardt flute he keeps by his side in a blue velvet case. Standing on the corner of Liberty and Church, no more than 10 feet from the Ground Zero viewing wall, he begins a stirring rendition of "Amazing Grace." The flute — one of many instruments Belpasso says he knows how to play — glides along his white beard, which is as dense and fluffy as a bushel of cotton. The tempo remains the same — slow, sad, stirring. Gut-wrenching and beautiful.

As Belpasso seamlessly slides into "America the Beautiful," something happens: People take notice. Oh, nobody stares directly at the musician. But for the 200 or so tourists within sound range, the impact is unmistakable. A young couple, gripped by the site of the World Trade Center's grave, grasp hands. An old man wipes a tear from his face. Three girls, no older than 10, sing along, singing, "Oh beautiful, for spacious skies, for amber waves . . ."

Unintentionally, and with nary an iota of fanfare, Belpasso has become to this small section of Ground Zero what John Williams was to the initial "Star Wars" trilogy. The events of Sept. 11, 2001, need no soundtrack. But — thanks to the bearded flutist — they have one. Every day he stands by the gate, playing haunting song after haunting song, adding a subtle texture to the pain.

"If people listen, that's nice," says Belpasso, a quiet 56-year-old. "But I wasn't looking to take advantage of a tragedy."

Born and raised in Hackensack, N.J., Belpasso used to spend afternoons practicing the flute at nearby Memorial Park in Ridgewood, N.J., directly in front of the plaque honoring Abraham Godwin, who played flute for George Washington. Since these days, he has spent much of life bouncing around from New Jersey to Boston to Manhattan, playing in a haze of random streets and struggling to get by. On the morning of Sept. 11, 2001, Belpasso was stationed on the steps of the Metropolitan Museum of Art, a location he frequented regularly for nearly two decades. To the average street musician, the front of the Met is a bountiful garden of riches. During spring and summer, tourists arrive like ants to a watermelon, leaving a daily wake of $1 bills that can easily reach the high hundreds. It was good enough business for Belpasso to afford to maintain the house in Fair Lawn, N.J., that his family has owned for more than 50 years, as well as the Suzuki 250 motorcycle he rides to the city every day.

When the airplanes hit, Belpasso panicked. He knew more than 20 people who worked in the buildings, including a distant cousin. He says he tried to assist the relief effort, but — like most citizens — was kept far away. "It was frustrating," he says. "I mean, I was helpless." As New Yorkers ran left and right, up and down, Belpasso stood on the corner of 42nd Street

and Eighth Avenue and did the one thing that came to mind — he played the flute. The songs that used to be part of his repertoire — up-tempo ditties by Elton John and Billy Joel and the like — were set aside in favor of "God Bless America" and "Bridge Over Troubled Water." Whereas people usually stood around Belpasso tapping their feet, there was now silent disbelief.

Over the course of the ensuing weeks, he moved closer to the site, until he was allowed less than a block away. When he started, Belpasso says his jacket was a crisp beige and his dress shirts were white. Now, his attire — from blue New Jersey police department cap to black sneakers — is covered in grime. "I'm gonna die from breathing this stuff in," he says, "but what am I supposed to do? Run?"

Belpasso is as ubiquitous as the merchants peddling $5 World Trade Center paperweights; an almost



*Newsday Photo / Ari Mintz*
Near Church and Liberty streets, flutist Phil Belpasso plays patriotic tunes.

daily 11 a.m.-to-4 p.m. presence who still finds it odd that two enormous buildings just — poof — vanished. Recently, Belpasso, who fancies himself an architect as well, began working on a blueprint for the Trade Center memorial, which he planned to submit to the city before the official late June deadline. Next to his TIPS cap, a pile of fliers explains another of his concepts — a Stonehenge-inspired monument based on the Earth's axis position as pertaining to the Australian flag, the Big Dipper and the star Vega. It is inexplicably weird — easily Belpasso's most ambitious endeavor since 1993, when he attended "The Richard Bey Show" as a member of the studio audience and stood up to defend Sinead O'Connor's "Saturday Night Live" protest of the pope.

"I'm not just a guy who plays music," he says, an American flag tie — wrinkled and dirty — looped around his neck. "I've got contributions to make."

The Invisible Man wants people to listen. ∎

INDEX NO. 100363-11                                           EXHIBIT-D

WTC Health Program
PO Box 7002
Rensselaer, NY 12144



5842  1 AB 0.368        0000005842-016
PHILIP BELPASSO                                                W23871
40-09 KUIKEN TERRACE
FAIR LAWN, NJ 07410-5323

**Welcome to the World Trade Center Health Program!**

The World Trade Center Health Program (WTCHP) was established under the James Zadroga 9/11 Health and Compensation Act of 2010 and took effect July 1, 2011. Our records show that you were enrolled in the Medical Monitoring and Treatment Program (MMTP) and are having your medical benefits coordinated through one of the Clinical Centers of Excellence (CCE). As an enrollee of the MMTP, you have been automatically enrolled in the WTCHP as a responder. Please be aware that we are in the process of transitioning your information from the previous program to our current systems.

**What you need to know:**

- There are no changes to the health conditions covered by the program at this time.
- Please continue to seek monitoring and treatment services at the same CCE you have visited in the past.
- Continue to use your member identification number from the current MMTP which is located in the upper right corner of this letter. You will receive a new WTCHP Member ID card in the next 60 days. Please continue to visit our website for updates: www.cdc.gov/niosh/wtc.
- During this transition, if your doctor has prescribed you medication for a covered WTC-related health condition, please read the attached notice on pharmacy benefits.

**If you have questions regarding your health care services, please contact your current Clinical Center of Excellence.**

**If you have questions about the new WTCHP and your current enrollment:**

Call us: 1-888-WTC-HP-4U (1-888-982-4748) Monday through Saturday, 8 am to 8 pm, EST
Visit the WTC Health Program website at: http://www.cdc.gov/niosh/wtc

While we plan to make every effort to ensure a smooth transition to the new WTCHP, there may be issues that require additional attention and information. Our goal is to provide the best service possible during this transition to the new WTCHP and to provide you with the best quality health care.

Sincerely,

WTC Program Administrator

3

Ex B

**ENVIRONMENTAL CONTROL BOARD**
P.O. Box 2307
Peck Slip Station
New York, NY 10272



THE CITY OF NEW YORK

# ECB
Environmental Control Board
A Division of the Office of Administrative Trials and Hearings OATH

Telephone: (212) 361-1400

**Mailing date of This Order: 02/10/2012**

**Violation Number: 0178673954**

BELPASSO PHILIP R
40-09 Kuiken Ter
Fair Lawn NJ 07410-5323

14

**Respondent: BELPASSO PHILIP R**

To: BELPASSO PHILIP R

You have not paid the penalty (fine) for this violation (ticket). You were charged this fine because the Environmental Control Board ruled you broke section of the Administrative Code or some other law. If you do not pay the fine, higher fines and interest may be added to the amount you owe. Then the city will get a legal judgment against you in the Civil Court. Once there is a judgment, the city can take money or property from you to pay the fine.

To avoid this, you need to pay $250.00 now.

- To pay by mail, make a check or money order out to "Finance Commissioner, City of New York" and send it to PO Box 2307, Peck Slip Station, New York, NY 10272. **Also, please write the violation number on the check or money order.**

- To pay in person, bring your payment and this notice to any ECB office.
  **NOTE:** We now accept credit cards.

- To pay on the Internet, go to http://nycserv.nyc.gov and click the "GO" button next to "ECB Violations." You may pay with a credit or a debit card.

To: BELPASSO PHILIP R

Anayansi Cervera
Accounting Supervisor

G03A-DUN 1                      AVPS Dunning Notice

*Ex - C*

## OFFICE OF THE COMPTROLLER CITY OF NEW YORK
## NOTICE OF CLAIM

**CLAIMANT INFORMATION**
CLAIMANT'S NAME: TEL. #: Philip R. Belpasso
Phone HOME (201) 704-0395  CELL (201) 774 0374
STREET ADDRESS:_ 40-09 Kuiken Terrace
CITY: STATE: ZIP:     Fair Lawn, N.J.  07410
SOC. SEC. # or TAX I.D. #: 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

**CLAIM INFORMATION**
AGENCY INVOLVED: New York City Park Department and  Park Police

**NATURE OF CLAIM:(ATTACH ADDITIONAL SHEET(S) OF PAPER, IF NECESSARY)**

**TOTAL AMOUNT CLAIMED:** $400,000

**IF MORE THAN ONE ITEM IS INCLUDED IN THE TOTAL AMOUNT CLAIMED, SUPPLY BREAKDOWN OF AMOUNTS AND SPECIFY ITEMS: (ATTACH ADDITIONAL SHEET(S), IF NEEDED)**
**ITEM AMOUNT**
1. Curtailment of free Speech 100,000
2. $ Falsifying documents: 100,000
3. $ Giving duplicate violation: 100.000
4. $ Malicious prosecution 100,000

**PLEASE ATTACH COPIES OF SUPPORTING DOCUMENTATION, PREVIOUS CORRESPONDENCE, INVOICES, ETC.**

CLAIMANT'S SIGNATURE:

Sworn to before me on the

____13th____ day of __February__     20_12_

Notary Public

DANIA AGOSTA
Notary Public - State of New York
NO. 01AG6222607
Qualified in Kings County
My Commission Expires 5/24/2014

4                                                                                          EXC

## OFFICE OF THE COMPTROLLER CITY OF NEW YORK
### NOTICE OF CLAIM

CLAIMANT INFORMATION

CLAIMANT'S NAME: _Philip Ralph Belpasso_ TEL. #: (201) 794-0395

STREET ADDRESS: _40-09 Kuiken Terrace_

CITY: _Fair Lawn_  STATE: _New Jersey_  ZIP: _07410_

SOC. SEC. # or TAX I.D. #: _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_

CLAIM INFORMATION

CITY AGENCY INVOLVED: _NYC Police - NYC Park Police_

NATURE OF CLAIM: (ATTACH ADDITIONAL SHEET(S) OF PAPER, IF NECESSARY)

_Abuse of System_
_Malicious Prosecution_
_Violation of First Amendment Free Speech_
_Judisal Miss Conduct_
_Threating Behavior_

TOTAL AMOUNT CLAIMED: $ _480,000_

IF MORE THAN ONE ITEM IS INCLUDED IN THE TOTAL AMOUNT CLAIMED, SUPPLY BREAKDOWN OF AMOUNTS AND SPECIFY ITEMS; (ATTACH ADDITIONAL SHEET(S), IF NEEDED)

| ITEM | AMOUNT |
|------|--------|
| 1. _ECB Summon 1_ | $ _20,000_ |
| 2. _ECB Summons 2_ | $ _20,000_ |
| 3. _Criminal Summons 3_ | $ _20,000_ |
| 4. _Crimnal Sicmus 4_ | $ _20,000_ |
| 5. _Will ST abuse court_ | $ _100,000_ |
| _6. Abusg of System_ | $ _300,000_ |
| _7. Fraud in Nob compliance_ | |

PLEASE ATTACH COPIES OF SUPPORTING DOCUMENTATION, PREVIOUS CORRESPONDENCE, INVOICES, ETC.

CLAIMANT'S SIGNATURE _Philip Ralph Belpasso_

SS: STATE OF ~~N.Y.~~ NJ, County of Bergen
CITY OF ~~N.Y.~~ Fair Lawn  SUBSCRIBED AND SWORN TO BEFORE ME THIS _7th_ DAY OF
_November_, 20 11

_Elizabeth M Cronk_
NOTARY

TO: OFFICE OF THE COMPTROLLER
DIVISION OF LAW - RM.1225 South
1 CENTRE STREET
NEW YORK, N.Y. 10007
TELEPHONE # (212) 669-4736

ELIZABETH MARIE CRONK
Notary Public
State of New Jersey
My Commission Expires Dec 15, 2015

RECEIVED
CITY OF NEW YORK
2011 NOV -7  AM 10:31
COMPTROLLER'S OFFICE
CENTRAL IMAGING FACILITY
BUR. INFORMATION SYSTEM

5    Ex D



**THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER**
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**John C. Liu**
COMPTROLLER

015 - 157

Date: 10/03/2012
RE: Disallowance-Agency
Claim number: 2012PI005273
Agency: DEPT. OF PARKS AND
RECREATION

DIA 12/16/2011

PHILIP R BELPASSO
40-09 KUIKEN TERRACE
FAIR LAWN, NJ 07410

Dear Claimant:

    We regret to inform you that your claim has been disallowed.

    Our investigation, which was based on information furnished concluded that the incident was not due to the City's negligence.

~~...you may...claim against the City...you may bring a lawsuit against the City if it is started within one year and ninety days from the date of occurrence...~~

    Thank you.

                    Very truly yours,

                    DAVID BARBARO

                    _____
                    Bureau of Law & Adjustment

PERSONAL INJURY
(212) 669-~~4445~~ 2319

ENVIRONMENTAL CONTROL BOARD • NOTICE OF VIOLATION AND HEARING • FOR CIVIL PENALTIES
**City of New York, Petitioner vs Respondent:**

| LAST NAME (Print) | | FIRST NAME | INITIAL | Sex |
|---|---|---|---|---|
| R t l l Rosso | | Philip | R | M |

STREET ADDRESS: 4009    Kuken Teri

| CITY | STATE | ZIP |
|---|---|---|
| Fair lawn | NO | 7401 |

82422 26 790 4679

TYPE OF LICENSE / PERMIT OR IDENTIFICATION NUMBER

1. ☐ Consumer Affairs License
2. ☐ Health Dept. License
3. ☒ Motorist Identification
4. ☐ Vehicle Plate
5. ☐ Meter Number
6. ☐ Soc. Sec. No.
7. ☐ Cert. of Auth.
8. ☐ Build Reg. No.
9. ☐ Telephone No.
10. ☐ Other

ISSUED BY: LT NV

NOTICE ALSO SENT TO

LAST NAME    FIRST NAME    INITIAL
Dob 04-05-47

STREET ADDRESS

CITY    STATE    ZIP

**The Respondent is charged with violation of Law/Rule.**

| Date of Offense | AM | Time | PM | Borough | CB NO. | Violation Code |
|---|---|---|---|---|---|---|
| 10/11 | ☐ | 1:40 | ☐ | M Bx Bkn Q SI | | A126 |

NYC ADMINISTRATIVE CODE/RULES OF THE CITY OF NEW YORK

1. ☐ "Air Code" Provisions
2. ☐ "Noise Code" Provisions
3. ☐ "Water Code" Provisions
4. ☐ "Sewer Code" Provisions
5. ☐ Sanitation Provisions
6. ☐ General Vendor Provisions
7. ☐ Food Vendor Provisions
8. ☐ Transportation Provisions
9. ☒ Park Rules
10. ☐ Other

OTHER CODES

11. ☐ NYS Public Health Law
12. ☐ NYC Health Code Provisions
13. ☐ NYS VTL
14. ☐ Other

SECTION/RULE: 51 RCAY 1-05 (b) unauthorized pleading

| At | Front of | Opposite | Place of Occurrence |
|---|---|---|---|
| ☒ | ☐ | ☐ | BATTery PARK |

DETAILS OF VIOLATION: At rpa I did observe respondent lending, expressive matter in a nondesignated area or not in the designated spot as defined by RCA 1-05(a)/b, irrespondent ask long when asked to conduct the action

Property Removed: ☐ Yes ☐ No

ALTERNATIVE SERVICE: 1 ☐ 1-2 Family 2 ☐ Multiple Dwelling 3 ☐ Commercial

Mail-In Penalty Schedule
$25 $50 $100 $250 $____ ☐ Other
Vendor Multiple Offense Schedule (See Reverse Side)

☐ NO MAIL-IN PENALTY. YOU MUST APPEAR
See Date and Time Below:

Maximum Penalty For Violation: $ 1000 or see reverse side

8:30 AM ☒ 10:30 AM ☐ 1:00 PM ☐ 2:30 PM ☐

Date of Hearing: 25 Day of October 20 11

Proceedings to be held under the authority of Section 1049-a of the NYC Charter and the rules promulgated thereunder.

**WARNING:** If you do not appear (or pay by mail if permitted) you will be held in default and subject to the maximum penalties permitted by law. Failure to appear or pay a penalty imposed may lead to suspension of your license or other action affecting licenses you now have or may apply for as well as the possibility of a judgment entered against you in Civil Court. **FURTHER INSTRUCTIONS ON REVERSE SIDE.**

I, an employee of the below agency, personally observed the commission of the civil violation charged above. False statements made herein are punishable as a class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of perjury.

| RANK (TITLE) SIGNATURE OF COMPLAINANT | REPORT LEVEL (Fill 4 spaces Comm'd. Sqd. Unit, etc) | | |
|---|---|---|---|
| SPO L RPattonello | | P C Y | |

| COMPLAINANT'S NAME (Printed) | TAX REGISTRY NUMBER | AGENCY |
|---|---|---|
| T Pattonello | 164282 | PA RHS |



No. E 177 336 354

177 336 354

7

EX F

ENVIRONMENTAL CONTROL BOARD • NOTICE OF VIOLATION AND HEARING • FOR CIVIL PENALTIES

**City of New York, Petitioner vs Respondent:**

INITIAL | Sex

LAST NAME (Print) BELPASSO    FIRST NAME PHILIP    R

STREET ADDRESS    Ruilea Tec.    ZIP

CITY    STATE

TYPE OF LICENSE / PERMIT OR IDENTIFICATION NUMBER

1 ☐ Consumer Affairs License    Vehicle Plate
2 ☐ Health Dept. License    Meter Number
3 ☐ Motorist Identification    Soc. Sec. No.

7 ☐ Cert. of Auth.
8 ☐ Build Reg. No.
9 ☐ Telephone No.
0 ☐ Other

ISSUED BY    INITIAL.

NOTICE ALSO SENT TO

LAST NAME    FIRST NAME

STREET ADDRESS    ZIP

CITY    STATE

**The Respondent is charged with violation of Law/Rule.**

Date of Offense    AM  Time  PM    Borough    CB NO.    Violation Code
M ☐ Bx ☐ Bkln ☐ Q ☐ SI ☐

OTHER CODES

NYC ADMINISTRATIVE CODE/RULES OF THE CITY OF NEW YORK

1 ☐ "Air Code" Provisions    5 ☐ Sanitation Provisions    9 ☐ Park Rules
2 ☐ "Noise Code" Provisions    6 ☐ General Vendor Provisions  10 ☐ Other
3 ☐ "Water Code" Provisions   7 ☐ Food Vendor Provisions
4 ☐ "Sewer Code" Provisions   ☐ Transportation Provisions

11 ☐ NYS Public Health Law
12 ☐ NYC Health Code Provisions
13 ☐ NYS VTL
14 ☐ Other

SECTION/RULE

Place of Occurrence

At ☐    Front of ☐    Opposite ☐

DETAILS OF VIOLATION

☐ ALTERNATIVE SERVICE

Property Removed
Yes ☐  No ☐    ☐ 1-2 Family    ☐ Multiple Dwelling    ☐ Commercial
Maximum Penalty Per Violation

Mail-in Penalty Schedule
$25  $50  $100  $250  $    Cover

NO MAIL-IN PENALTY
YOU MUST APPEAR
See Date and Time Below

$    or see reverse side

8:30 AM | 10:30 AM | 1:30 PM | 2:30 PM

Vendor Multiple Offense Schedule (See Reverse Side) ☐

Date of Hearing    Day of    NOV    20

Proceedings to be held under the authority of Section 1049-a of the NYC Charter and the rules promulgated thereunder.

WARNING: If you do not appear nor pay by mail if permitted you will be held in default and subject to the maximum penalties permitted by law. Failure to appear or pay a penalty imposed may lead to suspension of your license or other action affecting your business you have or may apply for, as well as the possibility of a judgment entered against you in Civil Court.

FURTHER INSTRUCTIONS ON REVERSE SIDE.

I, an employee of the below agency, personally observed the commission of the civil violation charged above. False statements made herein are punishable as a class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of perjury.

RANK (TITLE) SIGNATURE OF COMPLAINANT

REPORT LEVEL
(If in a sequence)
Covered, Sent, Called, etc.

COMPLAINANT'S NAME (Printed)    TAX REGISTRY NUMBER    AGENCY

No. E 177 310 980

177 310 980

Ex 1-2



**ENVIRONMENTAL CONTROL BOARD**
P.O. BOX 2307
Peck Slip Station
New York, NY 10272
212-361-1400

RESH   177-310-980 G
Date mailed: 11/02/11

BELPASSO  PHILIP  R                    6
40-09 Kuiken Ter
Fair Lawn NJ  07410-5323

Respondent:  BELPASSO  PHILIP  R
Premises:  BATTERY PARK/BATTERY PLACE
               NEW YORK     NY
ISSUING AGENCY:  PARKS DEPARTMENT

VIOLATION NUMBER(S):
177-310-980

```
*********************************************************
* New hearing date: 12/06/11                            *
*           Time: 09:00  A.M.                           *
*       Location: 66 JOHN STREET                        *
*          Floor: 10                                    *
*                 MANHATTAN        NY 10038             *
*********************************************************
```

Your violation is being rescheduled to a new hearing date.

You are directed to appear for a hearing at the date, time and location shown above to
answer the notice(s) of violation specified.

If you, your authorized representative or attorney fail to appear, you will be in
default and subject to the maximum civil penalties allowable by law.

G07B-RESCH. REQ.
RESPONDENT

EDDIE EDWARDS
SUPERVISOR OF SCHEDULING                    1036

Ex E

AA-500 (3/00)                    COMPLAINT/INFORMATION

# 409143728 - 0

Susp/Rev Check ☐ Yes ☒

The People of the State of New York VS.    Motorist Exhibited License ☐ Yes    No ☐

**Last Name** Belpasso    **First Name** Philip    **M.I.** R

**Street Address** 4009 Kuiken Terr    **Apt. No.**

**City** Fair Lawn    **State** NJ    **Zip Code** 07410

**ID Number** R242262679044706    **Date of Birth** MO 4 DAY 5 YR 41    **Sex** M

**Lic. State** NJ    **Lic. Class or ID Type** D    **Date Expires** MO 5 DAY 31 YR 13    **Operator Owns Vehicle** ☐ Yes    No ☐

### OPERATOR AND/OR OWNER OF VEHICLE BEARING LICENSE

| Plate No. | | N.Y. | CT | PA | NJ | Other | | | Reg. Expires | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | MO | DAY | YR |
| PAS | CMT | COM | OML | Other | | CHEV | FORD | HONDA | DODG | OLDS | BUICK | TOYT | NISS | Other |
| SEDAN | SUBN | VAN | TRUCK | MCY | Other | | Veh. Yr. | Veh. Color | | Alternate Plate | | State |

VIN No.

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| AM ☒ | Time 1:37 | PM ☐ | Date of Offense 10/2/2011 | County NY | Precinct 81 |

**Place of Occurrence** Inside Battery Park (south) near CNN

**IN VIOLATION OF**    Sec 105    Sub 6

| | V.T.L. | Traff. Rules | Admin. Code | Penal Code | Other P R & R |

**Description of Violation, if Not Shown Below. (If returnable to Criminal Court, indicate Court Location and Date of Appearance below and COMPLETE, DATE, AND SIGN INFORMATION ON REVERSE SIDE.)**

Unauthorized Vending

| SPEEDING | | DISOBEY TRAFF. CONT. DEV | Uninspec. Veh. | Unreg. Veh. | Unlic. Oper. |
| MPH | In MPH Zone | ☐ Sign    Pave ☐ Marks | Uninsur. Veh. | Com. Veh. | Bus    Haz. Mat. |
| | | ☐ Signal | | | |

The person described above is summoned to appear at CRIMINAL COURT

**Located at** 346 Broadway    **Summons Part** AR2    **County** NY

**Date of Appearance** 9:30 a.m.    9 day of January    year 2012

I personally observed the commission of the offense charged above. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law. Affirmed under penalty of perjury.

**Rank/Full Signature of Complainant** Doug Lehrer

**Complainant's Full Name (printed)**    **Command Code** 0001

**Agency/NCIC** NYCParks    **Squad** B    **Tax Registry No.** 260431

I acknowledge receipt of this summons. I understand it is my responsibility to read and comply with the instructions on my copy, and that my signature below is not an admission of guilt.

Name_____    Date_____

12/2 SNO/563

*10*    $Ex F$

Page 1 of 1



# THE CITY OF NEW YORK
# ENVIRONMENTAL CONTROL BOARD

HEARING LOCATION:
Environmental Control Board
66 John Street
10th Floor
New York, NY 10038
(212) 361-1400



1147989613389F5E064

Method of Appearance
Live Hearing

**DECISION AND ORDER**
Violation #: 0177310980 (1 NOV)
Hearing Date: November 9, 2011

To:    PHILIP R. BELPASSO
       40 09 KUIKEN TERRACE
       FAIR LAWN, NJ 07410

City of New York v. PHILIP R BELPASSO

### Total Civil Penalty: $0.00

1 Notice(s) of Violation (NOV(s)) was/were issued to the Respondent. On the record before me, and upon the Further Findings of Fact/Conclusions of Law stated below, I find as follows and, where applicable, order payment and compliance.

NOV: 0177310980
PLACE OF OCCURRENCE: BATTERY PARK/BATTERY PLACE MANHATTAN
DATE OF OCCURRENCE: 10/15/2011
ISSUING OFFICER/AGENCY: D. DORSANT 160421 PARKS DEPARTMENT
    ECB CODE: AA28
    CHARGE: 56 RCNY 1-05(B) UNAUTHORIZED VENDING
    DISPOSITION: DISMISSED                CIVIL PENALTY IMPOSED:        $0.00

FURTHER FINDINGS OF FACT/CONCLUSIONS OF LAW:

NOV: 0177310980    CHARGE: 56 RCNY 1-05(B) UNAUTHORIZED VENDING

Respondent Philip Belpasso appeared and denied the Notice of Violation (NOV). The NOV alleges a violation of 56 RCNY 105(b), unauthorized vending. Unauthorized vending in Parks facilities is prohibited pursuant to 56 RCNY 1-05 (b), not the statute set forth in the NOV. I find that Respondent did not receive adequate notice of the statute allegedly violated. Accordingly, the NOV is dismissed.

| TOTAL CIVIL PENALTY: | $0.00 |
|---|---|

NOV 10 2011 11/09/2011

Wed Nov 2011 11/09/11 11:18:31        Control 5

Joseph Flynn, Administrative Law Judge                Date

### PAYMENT DUE WITHIN TEN (10) DAYS
### READ BACK OF THIS ORDER – PROTECT YOUR RIGHTS

$1\mathcal{E}x$   G

ENVIRONMENTAL CONTROL BOARD • NOTICE OF VIOLATION AND HEARING • FOR CIVIL PENALTIES
**City of New York, Petitioner vs Respondent:**

| LAST NAME (Print) | FIRST NAME | INITIAL | Sex |
|---|---|---|---|
| BELPASSO | Philip | R | M |

STREET ADDRESS  4009 Kuiken Terr

| CITY | STATE | ZIP |
|---|---|---|
| Fair Lawn | NJ | 07410 |

B 2 4 2 2 6 2 6 7 9 0 4 4 7 6

TYPE OF LICENSE / PERMIT OR IDENTIFICATION NUMBER
1 ☐ Consumer Affairs License   4 ☐ Vehicle Plate   7 ☐ Cert. of Auth.
2 ☐ Health Dept. License   5 ☐ Meter Number   8 ☐ Build Reg. No.
3 ☒ Motorist Identification   6 ☐ Soc. Sec. No.   9 ☐ Telephone No.
10 ☐ Other

ISSUED BY  NJ

NOTICE ALSO SENT TO

| LAST NAME | FIRST NAME | INITIAL |
|---|---|---|
|  |  |  |

STREET ADDRESS   DOB 4/05/47

| CITY | STATE | ZIP |
|---|---|---|

**The Respondent is charged with violation of Law/Rule.**

| Date of Offense | AM | Time | PM | Borough | CB NO. | Violation Code |
|---|---|---|---|---|---|---|
| 10/15/11 | ☐ | 12.22 | ☒ | ☐ Bx ☐ Bk ☐ Mn ☐ Q ☐ SI  1 | A 2 8 |

NYC ADMINISTRATIVE CODE/RULES OF THE CITY OF NEW YORK
1. ☐ "Air Code" Provisions   5. ☐ Sanitation Provisions   9. ☒ Park Rules
2. ☐ "Noise Code" Provisions   6. ☐ General Vendor Provisions   10. ☐ Other
3. ☐ "Water Code" Provisions   7. ☐ Food Vendor Provisions
4. ☐ "Sewer Code" Provisions   8. ☐ Transportation Provisions

OTHER CODES
11. ☐ NYS Public Health Law
12. ☐ NYC Health Code Provisions
13. ☐ NYS VTL
14. ☐ Other

SECTION/RULE  56 RCNY 105 (b) Unauthorized Vending

Place of Occurrence
☒ At   ☐ Front of   ☐ Opposite   Battery Park/Battery Place

DETAILS OF VIOLATION  A+/PO Myself and sgt Charlemagne did observe Respondent vending Expressive Matter in a Unauthorized area and not at a designated sspot as defined by NYC parks R+R sect 105 (b)(3)(ii) this vendor occupied this location longer than necessary to conduct a transaction as a mobile vendor as defined by NYC Parks R+R sect 105 (b)(2)

| Property Removed | ALTERNATIVE SERVICE |
|---|---|
| ☐ Yes  ☒ No | ☐ 1 ☐ 1-2 Family   2 ☐ Multiple Dwelling   3 ☐ Commercial |

Mail-In Penalty Schedule
☐ $25   ☐ $50   ☐ $100   ☐ $250   ☐ $ _____ Other
1 ☐   2 ☐   3 ☐   ☒ _____
Vendor Multiple Offense Schedule (See Reverse Side)  9

☐ NO MAIL-IN PENALTY.
YOU MUST APPEAR
See Date and Time Below:

Maximum Penalty For Violation
$ 1000-00
or see reverse side

8:30 AM   10:30 AM   1:00 PM   2:30 PM
1   2   3   4

Date of Hearing  29  Day of  NOV  20___

Proceedings to be held under the authority of Section 1049-a of the NYC Charter and the rules promulgated thereunder.

WARNING: If you do not appear (or pay by mail if permitted) you will be held in default and subject to the maximum penalties permitted by law. Failure to appear or pay a penalty imposed may lead to suspension of your license or other action affecting licenses you now have or may apply for as well as the possibility of a judgment entered against you in Civil Court.

FURTHER INSTRUCTIONS ON REVERSE SIDE.

I, an employee of the below agency, personally observed the commission of the civil violation charged above. False statements made herein are punishable as a class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of perjury.

| RANK (TITLE) SIGNATURE OF COMPLAINANT | REPORT LEVEL - 1 Ptl 4 spaces | |
|---|---|---|
| SPA | Command, Bpt, Unit, etc.  0801 | |

| COMPLAINANT'S NAME (Printed) | TAX REGISTRY NUMBER | AGENCY |
|---|---|---|
| D. Dorsaint | (610421 | NYC PARKS |

## No. E 177 310 980



177 310 980

Ex. G

AA-500 (3/00)

## CRIMINAL COURT INFORMATION (DESCRIBE OFFENSE)

At Melo the deft was
observed playing a flute
making back in Park.
Under PPtr. 105(b). Esp. Matter
Vendors must be mobile if
they are not conducting a
transaction. Vendor was not
conducting a transaction

WARRANT CHECK  ☒ Yes    ☐ No

I PERSONALLY OBSERVED THE COMMISSION OF THE OFFENSE CHARGED HEREIN. FALSE
STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE PENAL LAW. AFFIRMED UNDER PENALTY OF PERJURY.

_____  _____
Date                     Signature

## DEFENDANT DESCRIPTION

Eye Color _____  Hair Color _____  Ethnicity _____
Ht. 5  Wt. 160  Phone # _____

## ARRAIGNMENT

Defendant pleads :  ☐ Guilty    ☐ Not Guilty

_____  _____
Date                     Judge

① 

② 



*409143 7280*

13

Ex G

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK



PHILIP BELPASSO
4009 KULKEN TERR
FAIRLAWN, NJ 07410

The case(s) referenced below was dismissed on 01/05/2012 in Part SAP-D and was sealed pursuant to Section 160.50 CPL.

No appearance in court is required regarding this matter.  Retain this notice for your records.

| Summons Number | Date Issued | Docket Number |
|---|---|---|
| 4091437280 | 10/21/2011 | 2012SN001563 |

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
346 BROADWAY
NEW YORK, NY 10013

PHILIP R BELPASSO
4009 KULKEN TERR
FAIRLAWN, NJ 07410

14

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 7297

THE PEOPLE OF THE STATE OF NEW YORK
VS.

**NO FEE**

BELPASSO, PHILIP R

04/05/1947

DEFENDANT

DATE OF BIRTH

4009 KULKEN TERR

ADDRESS

FAIRLAWN          NJ      07410

10/21/2011

CITY               STATE   ZIP

ISSUE DATE

DOCKET NUMBER: 2012SN001563

SUMMONS NUMBER: 4091437280

PRR 1-05(b) UM

ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|------|--------------|-------|------|
| 01/05/2012 | DISM - LEGALLY INSUFFICIENT | BURKE,J | SAP-D |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

01/05/2012

COURT OFFICIAL SIGNATURE AND SEAL          DATE

(CAUTION:  THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

Ex G

AA-500.2 (3/00)

**SUMMONS**

409143728 - 0

Susp./Rev. Check ☐ Yes    No ☐
Motorist Exhibited License    ☐ Yes    No ☐

The People of The State of New York VS.

First Name _____    M.I. ___

Last Name _____

Street Address _____    Apt. No. ___

City _____    State ___    Zip Code ___

ID Number _____    Date of Birth _____    Sex ___

Lic. State ___    Lic. Class or ID Type ___    Date Expires ___    Operator Owns Vehicle ☐ Yes    No ☐

OPERATOR AND/OR OWNER OF VEHICLE BEARING LICENSE

Plate No. _____    Reg. Expires ___

VIN No. _____

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

AM ___    Time ___    PM ☐    Date of Offense ___    County ___    Precinct ___

Place of Occurrence _____

IN VIOLATION OF ___    VTL ☐    Traf. Rules ☐    Admin. Code ☐    Penal Law ☐    Other ☐

Sec. ___    Sub. ___

Description of Criminal Court Offense (including Traffic Misdemeanor)

| SPEEDING | | DISOBEYED | TRAFF. CONT. | CIV. | Uninspec. Veh. | Unreg. Veh. | Unins. Opter. |
|---|---|---|---|---|---|---|---|
| MPH | IN MPH Zone | ☐ Sign | Pave ☐ Marks | | Uninsur. Veh. | Com. Veh. | Bus ☐ | Haz. Mat. |
| | | ☐ Signal | | | Summons Part | County |

The person described above is summoned to appear at CRIMINAL COURT

Located at _____

Date of Appearance ___    9:30 a.m.    day of ___    year ___

I personally observed the commission of the offense charged above. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law. Affirmed under penalty of perjury.

Rank/Full Signature of Complainant _____

Complainant's Full Name (printed) _____    Comm and Code ___

Agency/NCIC ___    Squad ___    Tax Registry No. ___

I acknowledge receipt of this summons. I understand it is my responsibility to read and comply with the instructions on my copy, and that my signature below is not an admission of guilt.

Name _____    Date ___

CRIMINAL COURT



CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Jan 11, 2012                                    SUMMONS # 4091437278

RE: BELPASSO, PHILIP

As of the above referenced date, the NYPD has failed to file a legally
acceptable accusatory instrument with this court. There is no need for you to return to court on
the summons number referenced above.

CITY OF NEW YORK

RETAIN THIS NOTICE FOR YOUR RECORDS

---

A partir de la fecha referido arriba, el NYPD ha fallado en radicar un documento
accusatorio legalmente acceptable con este tribnal. No es necessario que usted regrese a la corte con
referencia al numero del caso anteriormente indicado.

RETENGA ESTE COMPROBANTE EN SUS ARCHIVOS

409143727 - 8

The People of The State of New York VS

**Last Name:** Belpasso   **First Name:** Philip   **M.I.:** R

**Street Address:**

**City:**   **State:**   **Zip Code:**

**ID Number:**   **Date of Birth:**   **Sex:**

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

**Arr. #:** X 1136   **Date of offense:** 10-21-2011   **County:** NY   **Prec:** 01

**Place of Occurrence:** Inside Battery Park near Castle Clin

**In Violation of:** 103 (c)(1)   **Office:** PR+R

**Description of Criminal Court Offense including Traffic Misdemeanor:**

Fail To Comply

**Located at:** 346 Broadway 4FL NY

**Date of Appearance:** 9:00 a.m.   9 day of January 2012

/8    E-I

Page 1 of 1



# THE CITY OF NEW YORK
# ENVIRONMENTAL CONTROL BOARD



**HEARING LOCATION:**
Environmental Control Board
66 John Street
10th Floor
New York, NY 10038
(212) 361-1400

114677921333C04D268

**Method of Appearance**
Live Hearing

**DECISION AND ORDER**
Violation #: 0177336354 (1 NOV)
Hearing Date: October 25, 2011

To:    PHILIP R BELPASSO
       40 09 KUIKEN TERR
       FAIRLAWN, NJ 07410

City of New York v. PHILIP R BELPASSO

**Total Civil Penalty: $0.00**

1 Notice(s) of Violation (NOV(s)) was/were issued to the Respondent. On the record before me, and upon the Further Findings of Fact/Conclusions of Law stated below, I find as follows and, where applicable, order payment and compliance.

NOV: 0177336354
PLACE OF OCCURRENCE: BATTERY PARK MANHATTAN
DATE OF OCCURRENCE: 09/10/2011
ISSUING OFFICER/AGENCY: T. PORPOSELLO 160282 846
  ECB CODE:  AA28
  CHARGE: 56 RCNY 1-05(B) UNAUTHORIZED VENDING
  DISPOSITION: DISMISSED                     CIVIL PENALTY IMPOSED:          $0.00

FURTHER FINDINGS OF FACT/CONCLUSIONS OF LAW:

NOV: 0177336354    CHARGE: 56 RCNY 1-05(B) UNAUTHORIZED VENDING

Respondent Philip Belpasso appeared at the hearing in the instant matter.

    Respondent stated that he has looked at the Notice Of Violation and that he cannot read it.

    I find that the Notice Of Violation is illegible, including a reference to a section of law in the Details Of Violation portion of the Notice, and that it therefore cannot be ascertained if the Notice sets forth a prima facie case.

    Based on the foregoing the Notice Of Violation is dismissed.

| TOTAL CIVIL PENALTY:   $0.00 | |
|---|---|
| Tue Oct 2011 10/25/11 12:55:07    Control 5 | 10/25/2011 |
| Ronald J Bloomfield, Administrative Law Judge | Date |

## PAYMENT DUE WITHIN TEN (10) DAYS
## READ BACK OF THIS ORDER – PROTECT YOUR RIGHTS

19

```
SCRN: CVPSSQV3          DEPT OF ENVIRONMENTAL PROTECTION        DATE: 1/09/12
TERM: 3556              VIOLATION INQUIRY (HISTORY)             TIME: 13:55:41
                                      STATUS: NEW ISSUANCE

VIOLATION: 0178673945  ROLL: 07548  IMAGE: 15073 DISP:
                                                DUE: PENALTY
RESP LAST NAM: BELPOSSO                FIRST NAM: PHILIP R
        HOUSE: 4009        BORO:
        STREET: KOIKEN TERR              APT. NO:
        CITY:  FAIR LAWN     STATE: NJ  ZIP: 07410
VIOLATION ADDR: HOUSE:              BORO: 1 MANHATTAN
        STREET: BATTERY PARK/SLIP 6                RTC:
VIO CODE: A28   SECTION: 56 RCNY 1-05(B)        ALJ ID:
INF DESC: UNAUTHORIZED VENDING
ISSUE AGENCY: 846 PARKS DEPARTMENT            RPT LVL:  0001
SERVICE:  P     PROPERTY REMOVED:
ISSUING OFFICER: D FLAHERTY           OFFICER ID: 160954
VIOLATION INPUT DATE: 12/28/11        MULTI OFFENSE: 000
VIOLATION DATE/TIME : 12/12/11 1155   TAX LIEN:
HEARING DATE/TIME:  01/31/12 0830     DOCKET:
SCHEDULED LOCATION:  9 MANHATTAN      IMPOSED AMOUNT : 250.00+
FACE AMOUNT:      250.00+             NET ALL ADJUSTS:   0.00+
LATE ADMIT :      280.00+             PAID TO DATE :     0.00+
MAX AMOUNT :     1000.00+             BALANCE DUE  :   250.00+
CMD: _____     MSG:                                        V
```

Ex J

1

**ENVIRONMENTAL CONTROL BOARD • NOTICE OF VIOLATION AND HEARING • FOR CIVIL PENALTIES ONLY**
**City of New York, Petitioner vs Respondent:**

| LAST NAME (Print) Belposso | FIRST NAME Philip | INITIAL R | SEX M |
|---|---|---|---|

STREET ADDRESS 4009 Kuiken Terr.

| CITY Fair Lawn | STATE NJ | ZIP 07410 |
|---|---|---|

B 2 4 2 2 6 2 6 7 9 0 4 4 7 6

TYPE OF LICENSE / PERMIT OR IDENTIFICATION NUMBER

| 1 ☐ Consumer Affairs License | 4 ☐ Vehicle Plate | 7 ☐ Cert. of Auth. | ISSUED BY |
| 2 ☐ Health Dept. License | 5 ☐ Meter Number | 8 ☐ Build Reg. No. | NJ |
| 3 ☒ Motorist Identification | 6 ☐ Soc. Sec. No. | 9 ☐ Telephone No. | MVC |
| | | 10 ☐ Other | |

NOTICE ALSO SENT TO

| LAST NAME | FIRST NAME | INITIAL |
|---|---|---|
| DOB 4/5/1947 | | |

STREET ADDRESS  Class D DL

| CITY  Exp 5/31/2015 | STATE | ZIP |
|---|---|---|

**The Respondent is charged with violation of Law/Rule.**

| Date of Offense 12/12/11 | AM ☐ Time 1:19 PM ☒ | Borough ☒Bx ☐Bkln ☐Q ☐SI | CB NO. 1 | Violation Code A 2 8 |
|---|---|---|---|---|

NYC ADMINISTRATIVE CODE/RULES OF THE CITY OF NEW YORK

| 1. ☐ "Air Code" Provisions | 5. ☐ Sanitation Provisions | 9. ☒ Park Rules | OTHER CODES 11. ☐ NYS Public Health Law |
| 2. ☐ "Noise Code" Provisions | 6. ☐ General Vendor Provisions | 10. ☐ Other | 12. ☐ NYC Health Code Provisions |
| 3. ☐ "Water Code" Provisions | 7. ☐ Food Vendor Provisions | | 13. ☐ NYS VTL |
| 4. ☐ "Sewer Code" Provisions | 8. ☐ Transportation Provisions | | 14. ☐ Other |

SECTION/RULE
56 RCNY 1-05(b)   Unauthorized Vending

| At ☒ | Front of ☐ | Opposite ☐ | Place of Occurrence Battery Park / The Sphere |
|---|---|---|---|

DETAILS OF VIOLATION At T/P/O I did observe the respondent, an expressive matter vendor, playing a musical instrument-flute- solicit and accept donations in an unauthorized area and not in a designated spot as defined by PRR 1-05(b)(3)(c:i). Respondent accepted multiple donations in this spot for a period of 5 minutes.

| Property Removed ☐ Yes ☒ No | ☐ ALTERNATIVE SERVICE  1 ☐ 1-2 Family  2 ☐ Multiple Dwelling  3 ☐ Commercial |
|---|---|

| Mail-In Penalty Schedule | Maximum Penalty For Violation |
|---|---|
| $25 ☐ $50 ☐ $100 ☐ $250 ☒ $____ ☐ Other 1  2  3  4  Vendor Multiple Offense Schedule (See Reverse Side) ☐ 9 | ☐ NO MAIL-IN PENALTY YOU MUST APPEAR See Date and Time Below: |

$ 1000 or see reverse side

| 8:30 AM ☐ | 10:30 AM ☐ | 1:00 PM ☒ | 2:30 PM ☐ |
|---|---|---|---|

Date of Hearing 31 Day of January 20 12

Section 1049-a of the NYC Charter and the Rules of the City of New York allow ECB to hold hearings. For a Hearing by Mail see other side for intructions.

**WARNING:** If you do not have a hearing or pay by mail, the ticket will be decided against you and you will have to pay a fine. You may also have a license taken away or a new license denied. The City may also go to Court and enter a judgment against you. See other side for more instructions.

I, an employee of the below agency, personally observed the commission of the civil violation charged above. False statements made herein are punishable as a class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of perjury.

| RANK (TITLE) SIGNATURE OF COMPLAINANT UPR Dal # | REPORT LEVEL (Fill 4 spaces Comm'r, Sgt, Unit, etc. 0 0 0 1 |
|---|---|

| COMPLAINANT'S NAME (Printed) D Flaherty | TAX REGISTRY NUMBER 1 6 0 9 5 4 | AGENCY NYC Parks |
|---|---|---|

ECB

No. E 178 673 963   KR

178 673 963

21    1    EX L

# ENVIRONMENTAL CONTROL BOARD • NOTICE OF VIOLATION AND HEARING • FOR CIVIL PENALTIES ONLY
## City of New York, Petitioner vs Respondent:

LAST NAME (Print) **Belposso**   FIRST NAME **Philip**   INITIAL **R**   SEX **M**

STREET ADDRESS **4009 Kuiken Terr.**

CITY **Fair Lawn**   STATE **NJ**   ZIP **0|7|4|1|0**

**8|2|4|2|2|6|2|6|7|9|0|4|4|7|6**

TYPE OF LICENSE / PERMIT OR IDENTIFICATION NUMBER    7 ☐ Cert. of Auth.    ISSUED BY
1 ☐ Consumer Affairs License    4 ☐ Vehicle Plate    8 ☐ Build Reg. No.    **NJ**
2 ☐ Health Dept. License    5 ☐ Meter Number    9 ☐ Telephone No.    **MVC**
3 ☐ Motorist Identification    6 ☐ Soc. Sec. No.    10 ☐ Other

NOTICE ALSO SENT TO    FIRST NAME    INITIAL
LAST NAME **DoB 4|5|1947**
STREET ADDRESS **Class D DL**
CITY **Exp 5|31|2015**    STATE    ZIP

### The Respondent is charged with violation of Law/Rule.

Date of Offense **12/12/11**   AM ☐   Time **1:19**   PM **X**   Borough **X** Bx ☐ Bkln ☐ Q ☐ SI    CB NO. **1**    Violation Code **A|0|3**

NYC ADMINISTRATIVE CODE/RULES OF THE CITY OF NEW YORK    OTHER CODES
1 ☐ "Air Code" Provisions    5 ☐ Sanitation Provisions    9 ☐ Park Rules    11 ☐ NYS Public Health Law
2 ☐ "Noise Code" Provisions    6 ☐ General Vendor Provisions    10 ☐ Other    12 ☐ NYC Health Code Provisions
3 ☐ "Water Code" Provisions    7 ☐ Food Vendor Provisions    13 ☐ NYS-VTL
4 ☐ "Sewer Code" Provisions    8 ☐ Transportation Provisions    14 ☐ Other

SECTION/RULE
**56 PCNY 1-03(c)(xi)    Fail to Comply w/ Officer Directive**

At **X**    Front of ☐    Opposite ☐    Place of Occurrence **Battery Park/ The Sphere**

DETAILS OF VIOLATION **At 7/p/o I did observe the respondent, an EMV, playing a musical instrument - flute- solicit and accept donations in an unauthorized area and not a designated spot as per PERI-05(b)(3)(xii). Respondent was directed to a designated spot at 11:55AM and summonsed for this same condition. Respondent refused to go to a designated EMV spot.**

Property Removed ☐ Yes  No **X**    ☐ ALTERNATIVE SERVICE    1 ☐ 1-2 Family    2 ☐ Multiple Dwelling    3 ☐ Commercial

Mail-In Penalty Schedule    ☐ NO MAIL-IN PENALTY.    Maximum Penalty For Violation
**$25** 1 ☐   **$50** 2 ☐   **$100** 3 ☐   **$250** 4 **X**   Other ☐ 9    YOU MUST APPEAR See Date and Time Below:    $ **100.0** or see reverse side
Vendor Multiple Offense Schedule (See Reverse Side)    8:30 AM  10:30 AM  1:00 PM  2:30 PM

Date of Hearing **31**   Day of **January**   20**12**  **X**

Section 1049-a of the NYC Charter and the Rules of the City of New York allow ECB to hold hearings. For a Hearing by Mail see other side for intructions.

WARNING: If you do not have a hearing or pay by mail, the ticket will be decided against you and you will have to pay a fine. You may also have a license taken away or a new license denied. The City may also go to Court and enter a judgment against you. See other side for more instructions.

I, an employee of the below agency, personally observed the commission of the civil violation charged above. False statements made herein are punishable as a class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of perjury.

RANK (TITLE) SIGNATURE OF COMPLAINANT    REPORT LEVEL (if 4 X spaces Comm'd, Sqd. Unit, etc.)   **0|0|0|1**
**VPR Dai JF**

COMPLAINANT'S NAME (Printed) **D Flaherty**    TAX REGISTRY NUMBER **1|6|0|9|5|4**    AGENCY **NYC Parks**

# No. E 178 673 954



178 673 954

1  .22                                                    ex L



THE CITY OF NEW YORK
Environmental Control Board
A Division of the Office of Administrative Trials and Hearings



ECB
2012 FEB -6 PM 1:28

Environmental Control Board
Appeals Unit
66 John St., 10th Floor
New York, NY 10038
Tel: (212) 361-1400
Fax: (212) 361-3654

## ECB APPEAL APPLICATION

*You may use this form for your appeal. Please read the instructions carefully. When you have completed the application, mail your form and documents to the address above. Please attach a copy of your Hearing Decision.*

### INFORMATION ABOUT YOU AND YOUR VIOLATION

DATE: Feb. 6, 2012

VIOLATION NUMBER(S) (use an extra page if needed):    0178673945,  0178673954

NAME:  Philip R. Belpasso                    REPRESENTATIVE NAME:

MAILING ADDRESS:                              MAILING ADDRESS:

40-09 Kuiken Terrace
Fair Lawn, New Jersey 07410

TELEPHONE NUMBER:   201 794-0395 - 201 774-0374    TELEPHONE NUMBER:
EMAIL ADDRESS:   phllapolis@aol.com

### STEPS YOU HAVE TO TAKE TO HAVE ECB DECIDE YOUR APPEAL

|  |  | Yes | No |
|---|---|---|---|
| 1) | Will the appeal be received within 30 days of the mailing date on the hearing decision? | ☒ | ☐ |

*Your appeal will be rejected unless it is received no more than 30 days after the mailing date of the decision. This date is below the ALJ's signature on the front of your hearing decision. You must send your appeal to both ECB and the agency responsible for the violation (see Section 4).*

|  |  | Yes | No |
|---|---|---|---|
| 2) | Have you paid? | ☐ | ☒ |

*Payment must be made within 30 days of the mailing date of the decision. Payment means you have either, paid the penalty, posted a bond or been granted a waiver.*

|  | Yes | No |
|---|---|---|
| - I have paid the penalty for my violation. | ☐ | ☐ |
| - I have posted a bond for the amount of penalty. | ☐ | ☐ |
| - I am requesting a waiver of payment of the penalty because it will be a hardship to pay while my appeal is being decided. | ☐ | ☒ |

*If you are requesting a waiver, you must attach financial documentation to support your request. An example of financial documentation is a copy of the first two pages of your most recent tax return.*

Check here if you are attaching financial documentation.    ☒

## — PLEASE TURN OVER —

23   Ex L



**ENVIRONMENTAL CONTROL BOARD**
P.O. BOX 2307
Peck Slip Station
New York, NY 10272
212-361-1400
RESH  178-673-963 G
Date mailed: 12/28/11

BELPOSSO  PHILIP R
40-09 Kuiken Ter
Fair Lawn NJ  07410-5323                    6

Respondent: BELPOSSO  PHILIP R
Premises:  BATTERY PARK/THE SPHERE
            NEW YORK    NY
ISSUING AGENCY:  PARKS DEPARTMENT

                    VIOLATION NUMBER(S):
                        178-673-963

```
*****************************************************
*  New hearing date: 02/07/12                        *
*          Time: 08:30 A.M.                          *
*          Location: 66 JOHN STREET                  *
*          Floor: 10                                 *
*          MANHATTAN      NY 10038                   *
*****************************************************
```

Your violation is being rescheduled to a new hearing date.

You are directed to appear for a hearing at the date, time and location shown above to
answer the notice(s) of violation specified.

If you, your authorized representative or attorney fail to appear, you will be in
default and subject to the maximum civil penalties allowable by law.

                                        EG Edwards

G07B-RESCH. REQ.                    EDDIE EDWARDS
RESPONDENT                          SUPERVISOR OF SCHEDULING            636

## AFFIDAVIT (CERTIFICATE*) OF SERVICE

State of New York, County of _____ N Y _____ SS: The undersigned
being duly sworn deposes and says: That deponent is not a party to the action, is
over 18 years of age, and;

☒ At the time and place of occurrence did personally serve a true copy of this Notice of
Violation on the respondent named therein.

☐ On _____, 20 _____ at _____ AM/PM at
did personally serve a true copy of this Notice of Violation on the respondent named
therein by delivering said copy (two copies) to: _____

☐ the respondent;
☐ a person of suitable age and discretion at respondent's place of business/abode,
☐ an officer/director/managing agent/(other): _____
of respondent corporation.
☐ designated agent in the Office of the Secretary of State, Albany, New York, as per Business
Corporation Law §306(b).

Deponent herein describes the person served as follows.

| | | | | |
|---|---|---|---|---|
| ☒ Male | ☐ Black Hair | ☒ White Skin | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Brown Hair | ☐ Black Skin | ☐ 5'0" - 5'3" | ☐ 100 - 130 Lbs. |
| ☐ 14-20 Yrs. | ☐ Blond Hair | ☐ Yellow Skin | ☐ 5'4" - 5'8" | ☒ 131 - 160 Lbs. |
| ☐ 21-35 Yrs. | ☒ Gray Hair | ☐ Brown Skin | ☒ 5'9" - 8'0" | ☐ 161 - 200 Lbs. |
| ☐ 36-50 Yrs. | ☐ Red Hair | ☐ Red Skin | ☐ Over 6' | ☐ Over 200 Lbs. |
| ☐ 51-65 Yrs. | ☐ White Hair | | | |
| ☒ Over 65 Yrs. | ☐ Balding | Other Identifying Features | | |

Alternative Service per NYC Charter § 1049-a(d)(2)
☐ At the time indicated on the front of this Notice of Violation.
☐ At _____ AM/PM on _____ 20 ___ at ____
I attempted to personally serve the herein Notice of Violation on the respondent
named herein but was unable to do so because:

☐ having attempted entry to the premises, I found the premises locked and no one
responded to any bells, knocks or calls:
☐ having entered the premises and having identified myself, I was:
    ☐ advised by _____
       that the respondent was not then present.
    ☐ advised by _____
       that no officer, director, managing agent or general agent of respondent
       was present.
    ☐ unable to secure identification of the person(s) present.
☐ Service could not be made because _____

☐ Therefore, I affixed a copy of the herein Notice of Violation to the door of the
premises at the time indicated above.
☐ Therefore, I delivered a copy of the herein Notice of Violation to _____
_____, described above, whom I believe to be an employee of
respondent at the premises, because employee:
    ☐ So identified him/herself,
    ☐ Was performing work consistent with such employment.
    ☐ Other _____

Date 12/12/11    Signature _D. F_____

Print Name D Flaherty

Sworn to before me on _____

_____
Signature of Certifying Officer Administering Oath

*If not sworn, this statement shall constitute a certificate of service.

Alternative Service Mailing Dates: _____



**THE CITY OF NEW YORK**
**ENVIRONMENTAL CONTROL BOARD**

HEARING LOCATION:
Environmental Control Board
66 John Street
10th Floor
New York, NY 10038
(212) 361-1400

Method of Appearance
Live Hearing

**DECISION AND ORDER**
Violation #: 0178673945 et al. (2 NOVs)
Hearing Date: January 25, 2012

City of New York v. PHILIP R BELPASSO

To:    PHILIP R BELPASSO
       4009 KOIKEN TERR
       FAIR LAWN, NJ 07410

**Total Civil Penalty: $500.00**

2 Notice(s) of Violation (NOV(s)) was/were issued to the Respondent. On the record before me, and upon the Further Findings of Fact/Conclusions of Law stated below, I find as follows and, where applicable, order payment and compliance.

NOV: 0178673945
PLACE OF OCCURRENCE: BATTERY PARK/SLIP 6 MANHATTAN
DATE OF OCCURRENCE: 12/12/2011
ISSUING OFFICER/AGENCY: D FLAHERTY 160954 846
    ECB CODE: AA28
    CHARGE: 56 RCNY 1-05(B) UNAUTHORIZED VENDING                CIVIL PENALTY IMPOSED:        $250.00
    DISPOSITION: IN VIOLATION

NOV: 0178673954
PLACE OF OCCURRENCE: BATTERY PARK/THE SPHERE MANHATTAN
DATE OF OCCURRENCE: 12/12/2011
ISSUING OFFICER/AGENCY: D FLAHERTY 160954 846
    ECB CODE: AA03
    CHARGE: 56 RCNY 1-03(C)(1),3-19 FAILURE TO COMPLY WITH DIRECTIVES OF OFFICER/PARK EMPLOYEE
    DISPOSITION: IN VIOLATION                                   CIVIL PENALTY IMPOSED:        $250.00

FURTHER FINDINGS OF FACT/CONCLUSIONS OF LAW:
NOV: 0178673945    CHARGE: 56 RCNY 1-05(B) UNAUTHORIZED VENDING        NOV: 0178673954    CHARGE: 56 RCNY 1-03(C)(1),3-19 FAILURE TO COMPLY WITH DIRECTIVES OF OFFICER/PARK EMPLOYEE

Mr. Belpasso, the respondent appeared and denied the NOV charges, waiving questioning of the issuer.

He moved to dismiss NOV#178673945 due to the issuer's alteration of the Section referring to designated areas for expressive-material vendors. The "pink" NOV referred to 56RCNY1-05(b)(3)(iii), for areas within Union Square Park rather than 56RCNY1-05(b)(3)(2), the correct subsection for areas allowable within Battery Park. The motion to dismiss, however, is Denied. The citation was correctly written under 56RCNY1-05(b), unauthorized vending on Park Property and as there is no doubt the respondent was in Battery Park playing a flute at the time, the alteration is not material. There is no evidence the respondent was in an area designated for those engaged in expressive matter performances.

The respondent also urges as playing a musical instrument is not an activity expressly noted in the "Definition" paragraph of 56RCNY1-02, it should not be deemed subject to the cited Section's rules. However, the definition notes activities "such as" --. Thus, the activities set forth are not exclusive and are not limited to those listed. Playing of musical instruments is a type of activity this definition encompasses. Thus, the charge for "unauthorized vending" is sustained. In Violation: $250.

The respondent moves to dismiss NOV#178673954, fail to comply, on the presumption the first NOV should be dismissed. The respondent offers no evidence or testimony he complied by moving to a designated spot. Thus, this NOV charge is sustained as well. In Violation: $250.

**TOTAL CIVIL PENALTY:   $500.00**

JAN 26 2012

01/25/2012

Wed Jan 25 2012 01/25/12 13:36:10                    Control 5

William Morley, Administrative Law Judge                                          Date